## Ezra J. Travis
## v.
## John Pierson.

*Streets and Alleys—Collision in Street—Measure of Damages—Evidence.*

1. In cases of collision in a street the innocent party is entitled to recover from the wrong-doer what it is reasonably necessary for him to pay, and he does pay, in order to repair the damage done, and also a reasonable sum for the loss of the use of his carriage while he is necessarily deprived thereof.

2. What one has actually paid for repairs is, in the absence of anything to indicate bad faith, admissible in evidence to show what the reasonable cost of such repairs is.

[Opinion filed January 14, 1892.]

Appeal from the Superior Court of Cook County; the Hon. Elliott Anthony, Judge, presiding.

Mr. Nelson Monroe, for appellant.

Messrs. E. F. Allen and Hampden Kelsey, for appellee.

Waterman, P. J.   This case arose out of a collision between two vehicles on a street in the city of Chicago. We see no sufficient reason for interfering with the conclusion of the court below as to who was to blame for the collision.

In cases of collision the innocent party is entitled to recover from the wrong-doer what it is reasonably necessary for him to pay, and he does pay, in order to repair the damage done,

and also a reasonable sum for the loss of the use of his carriage while he is necessarily deprived of its use. Heard v. Holman, 115 E. C. Law, 1–9; The Atlas, 3 Otto, 302; The United States, 3 Wallace, 310; Jolly v. Terre Haute Bridge Co., 6 McLean, 238; Williamson et al. v. Barrett et al., 13 Howard (U. S.), 101.

In ordinary business transactions, nothing appearing to cast suspicion on the fairness thereof, good faith is presumed, and evidence of what one has actually paid for necessary repairs is admissible to show what the reasonable cost of such repairs is. Atchison v. Steamboat, 14 Mo. 63–69; Hildreth v. Fitts, 53 Vt. 684–690.

The judgment of the Superior Court is affirmed.

*Judgment affirmed.*